McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey, 07962-2075
(973) 993-8100
Attorneys for Defendant,
National Union Fire Insurance Company of Pittsburgh, PA

UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY TITLE INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, and BROWN & BROWN OF CONNECTICUT, INC., d/b/a DILL, JOYCE & THRESHER INSURANCE,<br><br>*Defendants.* | Civil Action No.: 11-CIV-630<br><br>**CONSENT ORDER EXTENDING TIME FOR DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. TO RESPOND TO COMPLAINT** |

THIS MATTER having come before the Court on informal application by McElroy, Deutsch, Mulvaney & Carpenter, LLP, counsel for defendant, National Union Fire Insurance Company of Pittsburgh, P.A., and by Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C., counsel for plaintiff, New Jersey Title Insurance Company, and the parties having agreed to the relief contained herein; and for good cause shown,

IT IS on this __31st__ day of __March__, 2011,

**ORDERED** that the time within which defendant, National Union Fire Insurance Company of Pittsburgh, P.A., must answer, move or otherwise respond to the Complaint and Jury Demand is extended to April 25, 2011.

**SO ORDERED:**

_____
Honorable Joseph A. Dickson, U.S.M.J.

The following parties hereby

Consent to the entry of this Order

| | |
|---|---|
| Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C.<br>*Attorneys for Plaintiff,*<br>*New Jersey Title Insurance Company* | McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>*Attorneys for Defendant,*<br>*National Union Fire Insurance Company of Pittsburgh, P.A.* |
| _____<br>Lisa J. Trembly, Esq.<br>One Riverfront Plaza<br>8th Floor<br>Newark, New Jersey 07102 | _____<br>Richard S. Mills, Esq.<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, New Jersey 07962-2075 |