Thomas J. Cahill, Esq.
SATTERLEE STEPHENS BURKE
& BURKE LLP
33 Wood Avenue South, 6th Floor
Iselin, NJ 08830
Tel. (732) 603-4966
Fax: (212) 818-9606/7
Attorneys for Defendant Brown
& Brown of Connecticut, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------ x
NEW JERSEY TITLE INSURANCE COMPANY,   :
:
Plaintiff,   : Case No.: 11-CV-00630-DMC-JAD
:
-against-   :
:
NATIONAL UNION FIRE INSURANCE COMPANY   : **STIPULATION**
OF PITTSBURGH, and BROWN & BROWN OF   :
CONNECTICUT, INC. d/b/a DILL, JOYCE &   :
THRESHER INSURANCE,   :
:
Defendants.   :
------------------------------------------------------------------ x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for defendant, Brown & Brown of Connecticut, Inc. sued herein as d/b/a Dill, Joyce & Thresher Insurance in any and all capacities alleged herein, to answer, move or otherwise respond to plaintiff's Complaint in the above action is extended through and including April 25, 2011.

Dated:   April 14, 2011

1118828_1

| | |
|---|---|
| SATTERLEE STEPHENS BURKE & BURKE LLP | PODVEY, MEANOR, CATENACCI, HILDNER, COCOZIELLO & CHATTMAN, P.C. |
| By: *[signature]*<br>Thomas J. Cahill<br>33 Wood Avenue South<br>Iselin, New Jersey 08830<br>Tel: (732) 603-4966<br>*Attorneys for Defendant Brown & Brown of Connecticut, Inc.* | By: *[signature]*<br>Henry J. Catenacci<br>One Riverfront Plaza, 8th Floor<br>Newark, New Jersey 07102<br>Tel: (973) 623-1000<br>*Attorneys for Plaintiff New Jersey Title Insurance Company* |