McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey  07962-2075
(973) 993-8100
Attorneys for Defendant, National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY TITLE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, and BROWN & BROWN OF CONNECTICUT, INC., d/b/a DILL, JOYCE & THRESHER INSURANCE,<br><br>*Defendants*. | CIVIL ACTION NO. 2:11-civ-630-DMC-JAD<br><br><br>DEFENDANT'S NOTICE OF MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6) |

TO:   Henry J. Catenacci, Esq.
      Podvey Meanor Catenacci Hildner
      Cocoziello & Chattman, PC
      The Legal Center
      One Riverfront Plaza
      Newark, New Jersey 07102

      Thomas J. Cahill, Esq.
      Satterlee Stephens Burke & Burke LLP
      33 Wood Avenue South, 6th Floor
      Iselin, New Jersey 08830

PLEASE TAKE NOTICE that on June 6, 2011, at 9:00 A.M. or as soon thereafter as counsel may be heard, Defendant, National Union Fire Insurance

Company of Pittsburgh, Pa., shall move before the Hon. Dennis M. Cavanaugh, U.S.D.J., of the United States District Court for the District of New Jersey, Newark Vicinage, at the Martin Luther King, Jr. Federal Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order dismissing the Complaint, filed by Plaintiff, New Jersey Title Insurance Company, with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant shall rely on the accompanying Brief and Declaration of Richard S. Mills, Esq.; and

PLEASE TAKE FURTHER NOTICE that opposition to Plaintiff's opposition is due fourteen days before the motion day;

PLEASE TAKE FURTHER NOTICE that a proposed Order accompanies this Motion.

    Respectfully submitted,

    McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Dated: April 25, 2011    By:    /S/ Richard S. Mills
    Richard S. Mills