Thomas J. Cahill, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
33 Wood Avenue South
Iselin, New Jersey 08830
Tel: (732) 603-4966
Attorneys for Defendant Brown & Brown of Connecticut, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------
NEW JERSEY TITLE INSURANCE COMPANY,    :
                                                                              :
                                            Plaintiff,          : Case No.: 11-CV-00630-DMC-JAD
                                                                              :
                    -against-                                      :
                                                                              :
NATIONAL UNION FIRE INSURANCE COMPANY : **RULE 7.1 STATEMENT**
OF PITTSBURGH, and BROWN & BROWN OF     : **BY BROWN & BROWN**
CONNECTICUT, INC. d/b/a DILL, JOYCE &         : **OF CONNECTICUT, INC.**
THRESHER INSURANCE,                                  :
                                                                              :
                                            Defendants.      :
----------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Brown & Brown of Connecticut, Inc., certify that Brown & Brown of Connecticut, Inc. is a subsidiary corporation of Brown & Brown, Inc., whose shares are publicly traded on the New York Stock Exchange.

Dated:  April 27, 2011

                                              SATTERLEE STEPHENS BURKE &
                                              BURKE, LLP

                                              Attorneys for Defendant Brown & Brown of
                                              Connecticut, Inc.

                                              By: _____
                                                      Thomas J. Cahill, Esq.

1127591_1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the 27th day of April, 2011, a true copy of the Rule 7.1 Statement by Brown & Brown of Connecticut, Inc. was served upon:

>Henry J. Catenacci, Esq.
>Lisa J. Trembly, Esq.
>PODVEY, MEANOR, CATENACCI, HILDNER, COCOZIELLO & CHATTMAN
>One Riverfront Plaza, 8th Floor
>Newark, New Jersey 07102
>*Attorneys for Plaintiff New Jersey Title Insurance Company*
>
>Richard S. Mills
>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
>1300 Mount Kemble Avenue
>P.O. Box 2075
>Morristown, New Jersey 07962-2075
>*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh*

the address designated by said attorneys for that purpose, by first class mail.

_____
Thomas J. Cahill, Esq.