# PODVEY MEANOR
### CATENACCI HILDNER COCOZIELLO & CHATTMAN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
THE LEGAL CENTER
ONE RIVERFRONT PLAZA SUITE 800
NEWARK, NEW JERSEY 07102-5497
(973) 623-1000 FACSIMILE: (973) 623-9131
www.podvey.com

NEW YORK OFFICE
400 PARK AVENUE SUITE 1420
NEW YORK, NEW YORK 10022
(212) 432-7419
PLEASE REPLY TO NEW JERSEY OFFICE

May 11, 2011

ROBERT L. PODVEY
HENRY J. CATENACCI
THOMAS V. HILDNER
J. BARRY COCOZIELLO
H. RICHARD CHATTMAN♦
SAUL ZIMMERMAN♦
MARIANNE C. TOLOMEO
SHELDON M. FINKELSTEIN▲
DOUGLAS E. MOTZENBECKER♦
GREGORY D. MILLER♦
ROSARIA A. SURIANO
LISA J. TREMBLY▲
THOMAS G. ALJIAN, JR.♦
ROBERT J. MCGUIRE
ROBERT K. SCHEINBAUM♦
MICHAEL F. BEVACQUA♦
ANTHONY M. RAINONE♦
LAINIE MILLER♦
DAMIAN P. CONFORTI♦
LINO J. SCIARRETTA♦
VIVEK SINGH♦
AARON H. GOULD♦

OF COUNSEL
MARK K. LIPTON

H. CURTIS MEANOR (2008)

♦MEMBER OF NJ & NY BARS
▲MEMBER OF NJ & PA BARS

*Via ECF*

Re:   New Jersey Title Insurance Company v.
      National Union Fire Insurance Company of Pittsburgh (AIG/Chartis)
      Civil Action No. 2:11-civ-630-DMC-JAD
      Our File No. 4543-11615

UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF NEW JERSEY
Martin Luther King Jr. Federal Courthouse
50 Walnut Street, Room 5054
Newark, New Jersey 07101

Dear Sir/Madam:

This firm represents the Plaintiff, New Jersey Title Insurance Company in the above captioned matter. In accordance with Local Civ. R. 7.1(d)(5), we write to request an automatic extension to respond to the motion to dismiss filed by Defendant National Union Fire Insurance Company of Pittsburgh.

National Union filed its motion on April 25, 2011 with a return date of June 6, 2011. Currently, Plaintiff's response to the motion is due on May 23, 2011.

We request that the return date of the motion be adjourned to the next available return date, which is June 20, 2011. Accordingly, Plaintiff's response will be due June 6, 2011. Thank you for your attention to this matter.

Very truly yours,

Lisa J. Trembly

LJT:mr
cc:   Honorable Dennis M. Cavanaugh, U.S.D.J. (via ordinary mail)
      Richard S. Mills, Esq. (via ECF)
      Thomas J. Cahill, Esq. (via ECF)