# PODVEYMEANOR
### CATENACCI HILDNER COCOZIELLO & CHATTMAN

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
THE LEGAL CENTER
ONE RIVERFRONT PLAZA SUITE 800
NEWARK, NEW JERSEY 07102-5497
(973) 623-1000 FACSIMILE: (973) 623-9131
www.podvey.com

NEW YORK OFFICE
400 PARK AVENUE SUITE 1420
NEW YORK, NEW YORK 10022
(212) 432-7410
PLEASE REPLY TO NEW JERSEY OFFICE

May 27, 2011

*Via ECF and Ordinary Mail*

Re: **Request For Adjournment Of Motion**
New Jersey Title Ins. Co. v. National Union Fire Ins. Co., et al.
Civil Action No. 2:11-civ-630-DMC-JAD
Our File No. 4543-11615

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
District of New Jersey
Frank R. Lautenberg U.S.P.O.
Courthouse Building, Room 451
Federal Square, P.O. Box 999
Newark, NJ 07101-0999

Dear Judge Cavanaugh:

We represent the Plaintiff, New Jersey Title Insurance Company, in the above referenced matter. Defendant, National Union Fire Insurance Company of Pittsburgh, has filed a motion to dismiss pursuant to Rule 12(b)(6), which is currently returnable June 20, 2011. National Union is represented by Richard Mills of McElroy, Deutsch, Mulvaney & Carpenter, LLP. The parties jointly request that the motion be adjourned and be made returnable July 18, 2011. Accordingly, Plaintiff's opposition will be due July 5, 2011, and Defendant's reply brief, if any, will be due July 11, 2011.

Thank you for Your Honor's consideration.

Respectfully submitted,

Lisa J. Trembly

Richard S. Mills

LJT:mr
cc: Thomas J. Cahill, Esq. (via ECF)

SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.

---

ROBERT L. PODVEY
HENRY J. CATENACCI
THOMAS V. HILDNER
J. BARRY COCOZIELLO
H. RICHARD CHATTMAN•
SAUL ZIMMERMAN•
MARIANNE C. TOLOMEO
SHELDON M. FINKELSTEIN▲
DOUGLAS E. MOTZENBECKER•
GREGORY D. MILLER•
LISA J. TREMBLY•
THOMAS G. ALJIAN, JR.•
ROBERT K. SCHEINBAUM•
MICHAEL F. BEVACQUA•
ANTHONY M. RAINONE•
LAINIE MILLER•
DAMIAN P. CONFORTI•
LINO J. SCIARRETTA•
AARON H. GOULD•

OF COUNSEL
MARK K. LIPTON

H. CURTIS MEANOR (2008)

•MEMBER OF NJ & NY BARS
▲MEMBER OF NJ & PA BARS