Henry J. Catenacci, Esq.
Lisa J. Trembly, Esq.
Lainie Miller, Esq.
PODVEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN,  P.C.
The Legal Center
One Riverfront Plaza, 8th Floor
Newark, New Jersey 07102
(973) 623-1000
Attorneys for Plaintiff, New Jersey Title Insurance Company

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY TITLE INSURANCE COMPANY,<br><br>    *Plaintiff*,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, and BROWN & BROWN OF CONNECTICUT, INC. d/b/a DILL, JOYCE & THRESHER INSURANCE,<br><br>    *Defendants*. | Civil Action No. 2:11-civ-630-DMC-JAD<br><br><br><br><u>**CERTIFICATION OF SERVICE**</u> |

Henry J. Catenacci, Esq., of full age, states:

1. I am a director of the law firm of Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, a Professional Corporation, counsel for Plaintiff, New Jersey Title Insurance Company in this matter.

2. I hereby certify that on this day, I caused to be filed with the Court and served upon all counsel of record via the ECF System:

(a) Legal Memorandum Submitted By Plaintiff New Jersey Title Insurance Company In Opposition To Defendant National Union

      Insurance Company Of Pittsburgh's Motion To Dismiss The Complaint Pursuant To Rule 12(B)(6); and

      (b)    Declaration of Henry J. Catenacci.

I certify that the foregoing statement made by me is true.  I am aware if any of the foregoing statements made by me are willfully false, I am subject to punishment and sanctions.

      /s/Henry J. Catenacci
      Henry J. Catenacci

Dated:  July 5, 2011

*292610*