Henry J. Catenacci, Esq.
PODVEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN, P.C.
The Legal Center
One Riverfront Plaza, 8th Floor
Newark, New Jersey 07102
(973) 623-1000
Attorneys for Plaintiff, New Jersey Title Insurance Company

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY TITLE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, and BROWN & BROWN OF CONNECTICUT, INC. d/b/a DILL, JOYCE & THRESHER INSURANCE,<br><br>*Defendants.* | Civil Action No. 2:11-cv-630-DMC-JAD<br><br><br><br><br><br>**ORDER** |

**THIS MATTER** coming before the Court upon motion by Plaintiff, New Jersey Title Insurance Company ("NJTIC"), pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file an Amended Complaint, it is on this ____ day of _____, 2012;

**ORDERED** that the Court's Order and Opinion entered on December 29, 2011 granting Defendant National Union's Motion to Dismiss be and the same hereby are vacated.

**ORDERED** that Plaintiff's motion for leave to file an Amended Complaint in the form attached to its Notice of Motion be and the same hereby is granted, and it is further

**ORDERED** that the Amended Complaint be filed within five (5) days of the entry of this Order.

**ORDERED** that a copy of this Order be served on all counsel within_____ days of the date hereof.

                                                                  Honorable Dennis M. Cavanaugh, U.S.D.J.

*#296818*