Henry J. Catenacci, Esq.
PODVEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN, P.C.
The Legal Center
One Riverfront Plaza, 8th Floor
Newark, New Jersey 07102
(973) 623-1000
Attorneys for Plaintiff, New Jersey Title Insurance Company

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY TITLE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, and BROWN & BROWN OF CONNECTICUT, INC. d/b/a DILL, JOYCE & THRESHER INSURANCE,<br><br>*Defendants*. | Civil Action No. 2:11-cv-630-DMC-JAD<br><br><br><br><br><br>**ORDER** |

**THIS MATTER** coming before the Court upon motion by Plaintiff, New Jersey Title Insurance Company ("NJTIC"), pursuant to Local Rule 7.1(i) for reconsideration of this Court's Order and Opinion entered on December 29, 2011 ordering that the Motion of Defendant National Union Fire Insurance Company of Pittsburgh ("National Union") to dismiss the Complaint be granted. Upon consideration of the Plaintiff's motion; it is on this ____ day of _____, 2012;

**ORDERED** that Plaintiff's motion for reconsideration be and the same hereby is granted, and it is further

**ORDERED** that the Court's Order and Opinion entered on December 29, 2011 be and the same hereby are vacated, and it is further

**ORDERED** that a copy of this Order be served on all counsel within_____ days of the date hereof.

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.

*#296803*