Henry J. Catenacci, Esq.
PODVEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN,  P.C.
The Legal Center
One Riverfront Plaza, 8th Floor
Newark, New Jersey 07102
(973) 623-1000
Attorneys for Plaintiff, New Jersey Title Insurance Company

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEW JERSEY TITLE INSURANCE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, and BROWN & BROWN OF CONNECTICUT, INC. d/b/a DILL, JOYCE & THRESHER INSURANCE,<br><br>*Defendants.* | Civil Action No. 2:11-cv-630-DMC-JAD<br><br><br><br>**CERTIFICATION OF SERVICE** |

Henry J. Catenacci, Esq., of full age, states:

1. I am a director of the law firm of Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, a Professional Corporation, attorneys for Plaintiff, New Jersey Title Insurance Company in this matter.

2. I hereby certify that on the date set forth below, I caused to be filed with the Court and served upon all counsel of record via the ECF System:

    (a) Notice Of Motion For Reconsideration Pursuant to Local R. 7.1(i), or in the Alternative for Leave to File an Amended Complaint Pursuant to F.R. Civ. P. 15(a)(2);
    (b) Brief in support of same; and
    (c) Two forms of Orders.

I certify that the foregoing statements made by me are true.  I am aware if any of the foregoing statements made by me are willfully false, I am subject to punishment and sanctions.

                                              /s/Henry J. Catenacci  
                                              Henry J. Catenacci

Dated:  January 12, 2012

#296766