**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

April 5, 2012

**LETTER ORDER**

Re:   *United States v. Amin Roland*
      **Criminal No. 11-630 (ES)**

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **April 10, 2012 at 12:00 p.m.**  Counsel for Defendant shall initiate the call.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**